**UNITED STATES DISTRICT COURT**
District of South Dakota
515 Ninth Street, Room 318
Rapid City, South Dakota 57701-2626

**KAREN E. SCHREIER**
Chief Judge

Phone 605-343-3744
Fax 605-343-6872
karen_schreier@sdd.uscourts.gov

March 15, 2006

Jack DerHagopian
2900 East 26 Street, Suite 308
Sioux Falls, SD 57103

Gary P. Thimsen
Woods, Fuller, Shultz & Smith
P.O. Box 5027
Sioux Falls, SD 57117-5027

**FILED**

MAR 1 5 2006

CLERK

Re: Mears v. City of Sioux Falls
Civ. 05-4008-KES

Dear Counsel:

The trial date of June 6, 2006, is approaching. The pretrial conference is scheduled for May 19, 2006, and the pretrial submissions are due May 12, 2006. If this case can be settled, that possibility should be explored very soon. Magistrate Judge John Simko would be willing to conduct a settlement conference if you feel it would be helpful.

Please contact Chris Gross at Judge Simko's office (330-4389) if you are interested in scheduling a settlement conference.

Very truly yours,

Karen E. Schreier
Chief Judge

cc: Magistrate Judge Simko