UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| NICHOLAS S. MEARS, | : | CIV. 05-4008 |
| Plaintiff, | : | |
| vs. | : | |
| | | **STIPULATION** |
| CITY OF SIOUX FALLS, a GOVERNMENTAL ENTITY, JERRY MUNDT and STEVE FIEGEN, INDIVIDUALLY AND AS AGENTS OF THE CITY OF SIOUX FALLS, | : : : | **FOR DISMISSAL** |
| Defendants. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

IT IS STIPULATED between Jack Der Hagopian, Attorney for Plaintiff, and Woods, Fuller, Shultz & Smith P.C., and Gary P. Thimsen, Attorneys for Defendants, that this action may be dismissed on its merits, with prejudice. It is further

STIPULATED AND AGREED that the Court may make and enter its Judgment of Dismissal without further notice or hearing to either party, such hearing or notice being expressly waived.

Dated this \_\_\_\_\_ day of May, 2006.

_____
Jack Der Hagopian
2900 East 26th Street, Suite 308
Sioux Falls, SD 57103
(605) 335-4422
Attorneys for Plaintiff

Dated this 15th day of May, 2006.

WOODS, FULLER, SHULTZ & SMITH P.C.

By_____
Gary P. Thimsen
300 S. Phillips Avenue, Suite 300
Post Office Box 5027
Sioux Falls, South Dakota 57117-5027
(605) 336-3890
Attorneys for Defendants