UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS S. MEARS, | ) | CIV. 05-4008-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| CITY OF SIOUX FALLS, a governmental entity, JERRY MUNDT, and STEVE FIEGEN, individually and as agents of the City of Sioux Falls, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation for Dismissal filed by the parties, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action may be dismissed on its merits, with prejudice.

Dated May 16, 2006.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE